1 | *
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Nye County Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF NEKIYLO DWAYNE GRAVES, by and through Eureka Graves as next-of-kin, personal representative and appointed Special Administrator SHANNON L. EVANS; EUREKA GRAVES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, NEVADA; JOHN KAKAVULIAS, an individual and employee of Nye County, Nevada; SOC NEVADA LLC, a foreigh limited liability company d/b/a SOC, LLC; TREQUIS HARRIS, an individual and employee of SOC Nevada, LLC; DOES I - X; ROES I - X,<br><br>Defendants.<br>_____/ | Case No.: 2:20-cv-02359-JAD-DJA<br><br>**STIPULATION FOR ACCEPTANCE OF SERVICE BY NYE COUNTY DEFENDANTS AND EXTENSION OF DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT (#35)**<br>*(First Request)* |

COMES NOW, Plaintiffs ESTATE OF NEKIYLO DWAYNE GRAVES and Special Administrator; EUREKA GRAVES, and Defendants NYE COUNTY, NEVADA, and JOHN KAKAVULIAS (hereinafter the "Nye County Defendants"), by and through their Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ.,

and hereby stipulate to the Nye County Defendants' acceptance of service of Plaintiffs' First Amended Complaint (#35) and associated summonses (#39, #40) for these Defendants. These parties also stipulate to an extension of time, up to and including January 7, 2022, for the Nye County Defendants to file their response to Plaintiffs' First Amended Complaint (#35). This is the first request for an extension of the response deadline to Plaintiffs' First Amended Complaint (#35), and the parties hereby stipulate and testify the agreement and request is not for the purposes of undue delay by providing these Defendants – who have already appeared in this litigation – time to prepare and file their response to Plaintiffs' amended pleading.

DATED this 3d day of December, 2021.

ERICKSON, THORPE & SWAINSTON, LTD.

/s/ Brent Ryman
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Nye County Defendants*

///

///

DATED this 3d day of December, 2021.

PAUL PADDA LAW

**IT IS SO ORDERED.**

Dated: December 6, 2021

/s/ Paul Padda
PAUL S. PADDA, ESQ. (#10417)
PAUL PADDA LAW
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Telephone: (702) 366-1888
*Attorneys for Plaintiffs*

_____
Daniel J. Albregts
United States Magistrate Judge



2

# CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

- ☐ U.S. Mail
- ☐ Facsimile Transmission
- ☐ Personal Service
- ☐ Messenger Service
- ☒ CMECF

addressed to the following:

*Paul S. Padda, Esq.*
*Paul Padda Law*
*4030 S. Jones Blvd., Unit 30370*
*Las Vegas, NV 89173*

*Michael Lanigan, Esq.*
*Law Office of Michael Lanigan*
*318 East Fourth Street*
*Waterloo, IA 50703*

DATED this 3d day of December, 2021.

                                            /s/ Brent Ryman
                                            Brent Ryman