*Exhibit 2*

*Exhibit 2*

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING | PAGE OF PAGES 1 / 41 |
|---|---|---|---|

| 2. CONTRACT (Proc. Inst. Ident.) NO. DE-NA0002369 | 3. EFFECTIVE DATE 04/24/2014 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. 14NA000935 |
|---|---|---|

| 5. ISSUED BY | CODE 05001 | 6. ADMINISTERED BY (If other than Item 5) | CODE 05001 |
|---|---|---|---|
| NNSA/Contracts & Procurement Div.<br>U.S. Department of Energy<br>Contracts and Procurement Division<br>P.O. Box 5400<br>Albuquerque NM 87185-5400 | | NNSA/Contracts & Procurement Div.<br>U.S. Department of Energy<br>Contracts and Procurement Division<br>P.O. Box 5400<br>Albuquerque NM 87185-5400 | |

7. NAME AND ADDRESS OF CONTRACTOR (No., Street, City, County, State and ZIP Code)

COUNTY OF NYE
Attn: Bill Wagnon
PO BOX 153
TONOPAH NV 890490153

CODE 064813926   FACILITY CODE

8. DELIVERY
[ ] FOB ORIGIN   [X] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT
NET 30

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN   ITEM

| 11. SHIP TO/MARK FOR | CODE 05001 | 12. PAYMENT WILL BE MADE BY | CODE 00503 |
|---|---|---|---|
| U.S. Department of Energy<br>NNSA/Office of Secure Transportation<br>P.O. Box 5400<br>Albuquerque NM 87185-5400 | | OR for NNSA<br>U.S. Department of Energy<br>Oak Ridge Financial Service Center<br>P.O. Box 5807<br>Oak Ridge TN 37831 | |

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION
[ ] 10 U.S.C. 2304 (c) (   )   [X] 41 U.S.C. 253 (c) ( 1 )

14. ACCOUNTING AND APPROPRIATION DATA
SEE SCHEDULE

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Continued | | | | |
| | | | 15G. TOTAL AMOUNT OF CONTRACT | | $3,070,953.00 |

16. TABLE OF CONTENTS

| (X) | SEC | DESCRIPTION | PAGE(S) | (X) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 2 | X | I | CONTRACT CLAUSES | 25 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 9 | X | J | LIST OF ATTACHMENTS | 40 |
| X | D | PACKAGING AND MARKING | 10 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 11 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 12 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 14 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 17 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return  1  copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [ ] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number _____, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print)
Pamela Webster   County Manager

19B. NAME OF CONTRACTOR
Nye County
BY /s/ Pamela Webster
(Signature of person authorized to sign)

19C. DATE SIGNED
4/23/2014

20A. NAME OF CONTRACTING OFFICER
Ramona C. Romo-Garza

20B. UNITED STATES OF AMERICA
BY /s/ Ramona C. Romo-Garza
(Signature of the Contracting Officer)

20C. DATE SIGNED
04/23/2014

NSN 7540-01-152-8069
PREVIOUS EDITION IS UNUSABLE

STANDARD FORM 26 (Rev. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

| CONTINUATION SHEET | REFERENCE NO OF DOCUMENT BEING CONTINUED<br>DE-NA0002369 | | | PAGE<br>2 | OF<br>41 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

COUNTY OF NYE

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | FOB: Destination<br>Period of Performance: 04/24/2014 to 04/23/2019 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110