*Exhibit 4*

*Exhibit 4*



NYE-000414



NYE-000415