PAUL S. PADDA, ESQ. (NV BAR # 10417)
Email: psp@paulpaddalaw.com
MICHAEL A. HUMPHREYS, ESQ. (Admitted PHV)
Email: mah@paulpaddalaw.com
**PAUL PADDA LAW**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tel: (702) 366-1888
**-and-**
MICHAEL LANIGAN, ESQ. (Admitted PHV)
**LAW OFFICE OF MICHAEL LANIGAN**
318 East Fourth Street
Waterloo, Iowa  50703
Tele: (319) 236-2064

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF NEKIYLO DEWAYNE GRAVES, by and through Eureka Graves as next-of-kin, personal representative and its Special Administrator SHANNON L. EVANS; EUREKA GRAVES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada; JOHN KAKAVULIAS, an individual and employee of Nye County, Nevada; SOC NEVADA, LLC, a foreign limited liability company (d/b/a "SOC, LLC"); TRE'QUIS HARRIS, an individual and employee of SOC Nevada, LLC; DOES I -X; ROES I-X,<br><br>Defendants. | Case No. 2:20-cv-2359-JAD-DJA<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br><br>ECF No. 63 |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local of Civil

Practice ("LR") 7-1, Plaintiffs and Defendants (John Kakavulias and Nye County, Nevada) hereby stipulate, subject to the Court's approval, to extend by 21-days (or until February 11, 2022) Plaintiffs' time to respond to the pending motion to dismiss (ECF No. 54). Plaintiffs' response is currently due today, January 21, 2022. In support of this Stipulation, the parties rely upon the following:

1. Plaintiffs initiated this civil action on December 31, 2020 alleging the wrongful death of Nekiylo Graves. ECF No. 1.

2. Subsequently, and with leave of Court, a First Amended Complaint was filed by Plaintiffs on December 2, 2021. ECF No. 35.

3. On January 7, 2022, Defendants John Kakavulias and Nye County, Nevada filed a motion to dismiss Plaintiffs' First Amended Complaint. ECF No. 54.

4. Two days earlier, on January 5, 2022, Defendants Tre'Quis Harris and SOC Nevada, LLC filed a motion for protective order. ECF No. 53. Plaintiffs timely responded to that motion on January 18, 2022. ECF No. 62.

5. Plaintiffs need additional time to respond to the pending motion to dismiss. Undersigned counsel for Plaintiffs has explained the reasons to defense counsel which include the following: (1) during the past week Plaintiffs' counsel was busy responding to the motion for protective order (ECF No. 62), (2) during the past two weeks, Plaintiffs' counsel was exceedingly busy with discovery matters in two other civil cases pending in state court which required his immediate time and attention and (3) during the midst of the foregoing, Plaintiffs' counsel's office has experienced staff shortages related to COVID which has imposed

PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940
www.paulpaddalaw.com

additional burdens upon undersigned counsel for Plaintiffs. Plaintiffs' counsel believes an additional 21-days will provide sufficient time to respond to Defendants' 26-page motion to dismiss. Given the significance of any dispositive motion, Plaintiffs must have sufficient time to properly respond to motion filed by Defendants in this case.

6. The parties agree that good cause exists to support this request for a 21-day extension of time and that the Court should approve this Stipulation to permit Plaintiffs to respond to the pending motion to dismiss on or before February 11, 2022.

Respectfully submitted,

/s/ Brent Ryman

Brent Ryman, Esq.
ERICKSON, THORPE & SWAINSTON
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Tele: (775) 786-3930

Attorney for Defendants Nye County and John Kakavulias

Dated: January 21, 2022

/s/ Paul S. Padda

Paul S. Padda, Esq.
PAUL PADDA LAW
4560 South Decatur Blvd., #300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

Attorney for Plaintiffs

Dated: January 21, 2022

**IT IS SO ORDERED:**

_____
U.S. District Judge Jennifer A. Dorsey
January 24, 2022, *nunc pro tunc to January 21, 2022*

3
Graves v. Nye County, *et. al.*
United States District Court; Case No. 2:20-cv-2359 (D. Nev.)
*Stipulation To Extend Plaintiffs' Time To Respond To Defendants' Motion To Dismiss*
PPL# 202002-15-05