Paul J. Anderson, Esq. NSB #709
**MAUPIN, COX & LEGOY**
4785 Caughlin Parkway
P.O. Box 30,000
Reno, NV 89519/89520 (P.O. Box)
panderson@mcllawfirm.com

Steven Masiello (*admitted pro hac vice*)
Sean D. G. Camacho (*admitted pro hac vice*)
**DENTONS US LLP**
1400 Wewatta Street, Suite 700
Denver, CO 80202
steven.masiello@dentons.com
sean.camacho@dentons.com

Gale Monahan (*admitted pro hac vice*)
**DENTONS US LLP**
2000 McKinney Ave., Suite 1900
Dallas, TX 75201
gale.monahan@dentons.com

Attorneys for Defendants
SOC Nevada, LLC d/b/a SOC LLC and Tre'Quis Harris

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF NEKIYLO DEWAYNE GRAVES, by and through Eureka Graves as next-of-kin, personal representative and Special Administrator SHANNON L. EVANS; EUREKA GRAVES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, JOHN KAKAVULIAS, an individual and employee of Nye County, Nevada; SOC NEVADA, LLC, a foreign limited liability company d/b/a SOC, LLC; TREQUIS HARRIS, an individual and employee of SOC Nevada, LLC; DOES I -X; ROES I-X,<br><br>Defendants. | Case No. 2:20-cv-02359-JAD-DJA<br><br>~~PROPOSED~~ **STIPULATION TO STAY DISCOVERY AND TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS SOC LLC AND TREQUIS HARRIS'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**FIRST REQUEST TO EXTEND TIME**<br><br>**[LR IA 6-1]** |

Under Fed. R. Civ. P. 26 and this Court's Minute Order (the "Minute Order"), entered February 2, 2022 [ECF No. 74], plaintiffs Estate of Nekiylo Dewayne Graves, Shannon L. Evans,

1   Eureka Graves (collectively, the "Plaintiffs"), and defendants Nye County, Nevada ("Nye County"),
2   John Kakavulias ("Kakavulias"), SOC Nevada, LLC d/b/a SOC, LLC ("SOC"), and Tre'Quis Harris
3   ("Harris;" collectively, the "Defendants;" jointly with the Plaintiffs the "Parties"), submit this
4   Stipulation to Stay Discovery and to Extend Time for Plaintiffs to Respond to Defendants SOC LLC
5   and Tre'Quis Harris's Motion to Dismiss First Amended Complaint.

6         The Parties state that on January 7, 2022, Nye County and Kakavulias filed their Motion to
7   Dismiss Plaintiffs' First Amended Complaint (the "Nye County Defendants' Motion to Dismiss")
8   [ECF No. 54].  On February 1, 2022, SOC and Harris filed their Motion to Dismiss Plaintiffs' First
9   Amended Complaint (the "SOC Defendants' Motion to Dismiss") [ECF No. 69].  Concurrently with
10  the SOC Defendants' Motion to Dismiss, SOC and Harris filed their First Motion to Stay Discovery
11  ("Motion to Stay") [ECF No. 71].  The Motion to Stay represented that the Plaintiffs did not oppose a
12  limited stay of discovery applicable to only the deadline for the parties to disclose expert witnesses,
13  March 7, 2022, and that Plaintiffs may agree to a complete stay of discovery upon reviewing the SOC
14  Defendants' Motion to Dismiss.  Nye County and Kakavulias did not object to a stay of discovery if
15  the stay also applied to them.  This Court's Minute Order directed the Parties to further meet and
16  confer to determine whether a stipulation staying discovery was possible. Accordingly, the Parties
17  now stipulate to stay discovery and to Plaintiffs extension of time to respond to the SOC Defendants
18  Motion to Dismiss as follows:

19        1.    The Parties stipulate to stay all discovery and obligations under Fed. R. Civ. P. 26 until
20  30 days after the Court rules upon the Nye County Defendants' Motion to Dismiss and the SOC
21  Defendants' Motion to Dismiss, whichever is later.

22        2.    The Plaintiffs expressly reserve the right to potentially move this Court for limited
23  discovery to oppose the Nye County Defendants' Motion to Dismiss and the SOC Defendants' Motion
24  to Dismiss.

25        3.    The Defendants expressly reserve the right to oppose any potential motion for limited
26  discovery submitted by Plaintiffs.

27        4.    After the Court rules upon the Nye County Defendants' Motion to Dismiss and the
28  SOC Defendants' Motion to Dismiss, if the Plaintiffs' First Amended Complaint [ECF No. 35] is not

dismissed in its entirety, the remaining Parties will submit an updated discovery plan within 30 days after the Court's last ruling on the Defendants' motions to dismiss.

5. The Parties further Stipulate that Plaintiffs shall have until (i) March 18, 2022 or (ii) 30 days after an unredacted version of the SOC Defendants' Motion to Dismiss is provided to Plaintiffs, following resolution of the Defendants' First Motion for Protective Order [ECF No. 53] and/or a ruling on the Defendants' Motion to Seal [ECF No. 68], to respond to the SOC Defendants' Motion to Dismiss, whichever occurs later.  Presently, Plaintiffs' response is due on February 15, 2022.

6. Pursuant to LR IA 6-1 this is Plaintiffs first request to exend the time to respond to the SOC Defendants' Motion to Dismiss and Defendants stipulate to that request.

AGREED TO: This 16th day of February 2022.

*SOC NEVADA, LLC d/b/a SOC, LLC AND TRE'QUIS HARRIS*

By: /s/ **Paul J. Anderson**
  Paul J. Anderson, Esq.
  **MAUPIN, COX & LEGOY**
  4785 Caughlin Parkway
  P.O. Box 30,000
  Reno, NV 89519/89520 (P.O. Box)
  panderson@mcllawfirm.com

  Steven Masiello, Esq.
  Sean D. G. Camacho, Esq.
  **DENTONS US LLP**
  1400 Wewatta Street, Suite 700
  Denver, CO 80202
  steven.masiello@dentons.com
  sean.camacho@dentons.com

  Gale Monahan
  **DENTONS US LLP**
  2000 McKinney Ave., Suite 1900
  Dallas, TX 75201
  gale.monahan@dentons.com

*Attorneys for defendants, SOC Nevada, LLC d/b/a SOC, LLC and Tre'Quis Harris*

///

*NYE COUNTY, NEVADA AND JOHN KAKAVULIAS*

By: /s/ **Brent L. Ryman**
  Brent L. Ryman, Esq.
  Paul M. Bertone, Esq.
  **Erickson, Thorpe & Swainston, Ltd.**
  99 West Arroyo Street
  Reno, NV 89505
  bryman@etsreno.com
  pbertone@etsreno.com

*Attorneys for defendants, Nye County, Nevada and John Kakavulias*

*ESTATE OF NEKIYLO DEWAYNE GRAVES, SHANNON L. EVANS, AND EUREKA GRAVES*

*By:* **/s/ Paul S. Padda**
*Paul S. Padda, Esq.*
*Michael Humphreys, Esq.*
**PAUL PADDA LAW**
*4560 South Decatur Blvd., Suite 300*
*Las Vegas, Nevada 89103*
*psp@paulpaddalaw.com*
*may@paulpaddalaw.com*

*and*

*Michael Lanigan, Esq.*

*Attorneys for plaintiffs, Estate of Nekiylo DeWayne Graves Shannon L Evans, and Eureka Graves*

## ORDER

IT IS SO ORDERED.

Dated this 17th day of February, 2022

_____
The Honorable Daniel J. Albregts
United States Magistrate Judge