UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Eureka Graves, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Nye County, et al., <br><br> Defendants. | Case No. 2:20-cv-02359-CDS-DJA <br><br> **Order Striking ECF No. 30 and Denying ECF No. 29** |

On November 3, 2021, a Verified Petition for Permission to Practice Pro Hac Vice by Michael Humphreys and Designation of Local Counsel Paul S. Padda (ECF No. 29) was granted. ECF No. 30. Subsequently, on April 13, 2022, this case was administratively reassigned to me to create a caseload. ECF No. 90. During a review of the docket, the Court discovered the order granting Mr. Humphreys' pro hac vice application. Mr. Humphreys appears to be a resident of Nevada and employed by a Nevada law firm. *See* ECF No. 29 at 1 (stating Petitioner Humphreys is an employee of Paul Padda Law in Las Vegas, Nevada). He is therefore ineligible to appear pro hac vice pursuant to Local Rule IA 11-2(a). Accordingly,

IT IS HEREBY ORDERED that the Order Granting [29] Verified Petition for Permission to Practice Pro Hac Vice by Michael Humphreys (ECF No. 30) is STRICKEN.

IT IS FURTHER ORDERED that the Verified Petition for Permission to Practice Pro Hac Vice by Michael Humphreys (ECF No. 29) is DENIED.

IT IS SO ORDERED.

DATED this August 31, 2022.

_____
U. S. District Judge Cristina D. Silva