PAUL S. PADDA, ESQ. (NV BAR # 10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tel: (702) 366-1888
**-and-**
MICHAEL LANIGAN, ESQ. (Admitted PHV)
**LAW OFFICE OF MICHAEL LANIGAN**
318 East Fourth Street
Waterloo, Iowa  50703
Tele: (319) 236-2064

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF NEKIYLO DEWAYNE GRAVES, by and through Eureka Graves as next-of-kin, personal representative and its Special Administrator SHANNON L. EVANS; EUREKA GRAVES, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada; JOHN KAKAVULIAS, an individual and employee of Nye County, Nevada; SOC NEVADA, LLC, a foreign limited liability company (d/b/a "SOC, LLC"); TRE'QUIS HARRIS, an individual and employee of SOC Nevada, LLC; DOES I -X; ROES I-X,<br><br>Defendants | Case No. 2:20-cv-2359-CDS-DJA<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local of Civil

Practice ("LR") 7-1, Plaintiffs and Defendants hereby stipulate, subject to the Court's approval,

to extend, to and until <u>September 1, 2023</u>, Plaintiffs' time to respond to the Court's Order to show cause filed on July 24, 2023. ECF No. 103. Plaintiffs' response is currently due today, August 14, 2023. This is the parties' first stipulation for an extension of time for the purpose identified herein. In support of this Stipulation, the parties rely upon the following:

1. By Order filed July 24, 2023 the Court dismissed Plaintiffs' federal claims and directed Plaintiffs to show cause why the state claims may proceed. See ECF No. 103. However, as communicated to Defendants' counsel, undersigned counsel for Plaintiffs needs additional time to confer with Ms. Eureka Graves, the mother of Nekiylo Graves, regarding certain decisions that need to be made at this juncture of the proceedings before responding to the Court's Order.

2. In light of the foregoing, the parties are in agreement that Plaintiff should be permitted additional time (or until September 1, 2023) to respond to the Court's show cause Order. Should the Court approve this Stipulation, the parties further request that Defendants be permitted to respond to any filing by Plaintiff within 14-days and that Plaintiffs be permitted to file a reply to Defendants' response within 7-days.

DATED this 14th day of August 2023.

/s/ *Paul J. Anderson*
_____
Paul J. Anderson, Esq.
MAUPIN COX & LEGOY
*Attorney for Defendants Tre'Quis Harris and SOC Nevada, LLC*

/s/ *Brent Ryman*
_____
Brent Ryman, Esq.
ERICKSON, THORPE & SWAINSTON
*Attorney for Defendants Nye County and John Kakavulius*

Respectfully submitted,

/s/ *Paul S. Padda*
_____
Paul S. Padda, Esq.
PAUL PADDA LAW
*Attorney for Plaintiffs*

**IT IS SO ORDERED**, nunc pro tunc, to the date of the request:

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** August 15, 2023