PAUL S. PADDA, ESQ. (NV BAR # 10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tel: (702) 366-1888
**-and-**
MICHAEL LANIGAN, ESQ. (Admitted PHV)
**LAW OFFICE OF MICHAEL LANIGAN**
318 East Fourth Street
Waterloo, Iowa  50703
Tele: (319) 236-2064

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF NEKIYLO DEWAYNE GRAVES, by and through Eureka Graves as next-of-kin, personal representative and its Special Administrator SHANNON L. EVANS; EUREKA GRAVES, an individual, <br><br>Plaintiffs<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada; JOHN KAKAVULIAS, an individual and employee of Nye County, Nevada; SOC NEVADA, LLC, a foreign limited liability company (d/b/a "SOC, LLC"); TRE'QUIS HARRIS, an individual and employee of SOC Nevada, LLC; DOES I -X; ROES I-X,<br><br>Defendants | Case No. 2:20-cv-2359-CDS-DJA<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE**<br><br>**(SECOND REQUEST)**<br><br>**[ECF No. 107]** |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local of Civil Practice ("LR") 7-1, Plaintiffs and Defendants hereby stipulate, subject to the Court's approval,

to extend, to and until September 15, 2023, Plaintiffs' time to respond to the Court's Order to show cause filed on July 24, 2023. ECF No. 103. Plaintiffs' response is currently due today, September 1, 2023. This is the parties' second stipulation for an extension of time for the purpose identified herein. In support of this Stipulation, the parties rely upon the following:

1. By Order filed July 24, 2023 the Court dismissed Plaintiffs' federal claims and directed Plaintiffs to show cause why the state claims may proceed. *See* ECF No. 103. While undersigned counsel has been working on a response to the show cause Order since the last request for extension was filed, he has not been able to complete a response due to his work schedule. Specifically, undersigned counsel for Plaintiff (Paul S. Padda) commenced a criminal (murder) trial in state court on August 28, 2023 which has consumed a significant amount of his time and focus. As a result, undersigned counsel has not been able to dedicate the time necessary to completing and finalizing a response to the show cause Order.

2. In addition to the foregoing, counsel for Plaintiffs and Defendants are in discussions focused upon potentially resolving this case. The additional time requested herein will permit the parties sufficient time to continue those discussions.

. . .

. . .

. . .

. . .

. . .

. . .

**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940
www.paulpaddalaw.com

2
Graves v. Nye County, *et. al.*
United States District Court; Case No. 2:20-cv-2359 (D. Nev.)
*Stipulation To Extend Plaintiffs' Time To Respond To Show Cause Order*
PPL# 202002-15-05

In light of the foreground, the parties respectfully request that the Court extend, to and until September 15, 2023, Plaintiff's time to respond to the Court's show cause Order.

DATED this 1st day of September 2023.

Respectfully submitted,

/s/ *Paul J. Anderson*  /s/ *Paul S. Padda*
_____   _____
Paul J. Anderson, Esq.    Paul S. Padda, Esq.
MAUPIN COX & LEGOY    PAUL PADDA LAW
*Attorney for Defendants Tre'Quis Harris and*    *Attorney for Plaintiffs*
*SOC Nevada, LLC*


/s/ *Brent Ryman*
_____
Brent Ryman, Esq.
ERICKSON, THORPE & SWAINSTON
*Attorney for Defendants Nye County and*
*John Kakavulius*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**   September 1, 2023

PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940
www.paulpaddalaw.com