PAUL S. PADDA, ESQ. (NV BAR # 10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tel: (702) 366-1888
**-and-**
MICHAEL LANIGAN, ESQ. (Admitted PHV)
**LAW OFFICE OF MICHAEL LANIGAN**
318 East Fourth Street
Waterloo, Iowa  50703
Tele: (319) 236-2064

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF NEKIYLO DEWAYNE GRAVES, by and through Eureka Graves as next-of-kin, personal representative and its Special Administrator SHANNON L. EVANS; EUREKA GRAVES, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada; JOHN KAKAVULIAS, an individual and employee of Nye County, Nevada; SOC NEVADA, LLC, a foreign limited liability company (d/b/a "SOC, LLC"); TRE'QUIS HARRIS, an individual and employee of SOC Nevada, LLC; DOES I -X; ROES I-X,<br><br>Defendants | Case No. 2:20-cv-02359-CDS-DJA<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE**<br><br>**(THIRD REQUEST)**<br><br>**[ECF No. 109]** |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6 and the Court's Local of Civil Practice ("LR") 7-1, Plaintiffs and Defendants hereby stipulate, subject to the Court's approval,

**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940
www.paulpaddalaw.com

PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940
www.paulpaddalaw.com

to extend, to and until <u>October 13, 2023</u>, Plaintiffs' time to respond to the Court's Order to show cause filed on July 24, 2023.  ECF No. 103.  Plaintiffs' response is currently due today, September 15, 2023.  This is the parties' third stipulation for an extension of time for the purpose identified herein.  In support of this Stipulation, the parties rely upon the following:

By Order filed July 24, 2023, the Court dismissed Plaintiffs' federal claims and directed Plaintiffs to show cause why the state claims may proceed.  *See* ECF No. 103.  Since the Court's issuance of that Order, the parties have been engaged in good faith discussions to resolve this case.  The parties are continuing those discussions and hopeful this case can be resolved, which will obviate the need for further litigation.  However, in order to permit the parties to continue engaging is settlement discussions, and conserve attorney fees and litigation costs, additional time is needed.  The parties respectfully request the Court extend Plaintiffs' time to respond to the show cause Order to and until October 13, 2023.  This additional time will permit Plaintiffs sufficient time to either file a response to the show cause Order or allow the parties to reach a resolution.

DATED this 15th day of September 2023.

|  | Respectfully submitted, |
|---|---|
| /s/ *Paul J. Anderson* | /s/ *Paul S. Padda* |
| _____ | _____ |
| Paul J. Anderson, Esq. | Paul S. Padda, Esq. |
| MAUPIN COX & LEGOY | PAUL PADDA LAW |
| *Attorney for Defendants Tre'Quis Harris and SOC Nevada, LLC* | *Attorney for Plaintiffs* |

/s/ Brent Ryman
_____
Brent Ryman, Esq.
ERICKSON, THORPE & SWAINSTON
*Attorney for Defendants Nye County and John Kakavulius*

## ORDER

**IT IS ORDERED** that the stipulation to extend plaintiffs' time to respond to the court's order to show cause is granted, *nunc pro tunc*, to the date of the request.

**IT IS FURTHER ORDERED** that any future requests to extend time to respond will require a hearing.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 18, 2023