PAUL S. PADDA, ESQ. (NV BAR # 10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tel: (702) 366-1888
**-and-**
MICHAEL LANIGAN, ESQ. (Admitted PHV)
**LAW OFFICE OF MICHAEL LANIGAN**
318 East Fourth Street
Waterloo, Iowa  50703
Tele: (319) 236-2064

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF NEKIYLO DEWAYNE GRAVES, by and through Eureka Graves as next-of-kin, personal representative and its Special Administrator SHANNON L. EVANS; EUREKA GRAVES, an individual, | Case No. 2:20-cv-2359-CDS-DJA |
| Plaintiffs, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL** |
| vs. | |
| NYE COUNTY, NEVADA, a political subdivision of the State of Nevada; JOHN KAKAVULIAS, an individual and employee of Nye County, Nevada; SOC NEVADA, LLC, a foreign limited liability company (d/b/a "SOC, LLC"); TRE'QUIS HARRIS, an individual and employee of SOC Nevada, LLC; DOES I -X; ROES I-X, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 41(a)(1)(A)(ii), the parties hereby

stipulate to the dismissal of this action with prejudice.  The parties have reached an amicable

**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940
www.paulpaddalaw.com

resolution of this dispute rendering further litigation unnecessary.  The parties further agree that each party shall bear its own attorneys fees and costs in this matter.

DATED this 15th day of January 2024.

Respectfully submitted,

/s/ *Paul J. Anderson*

_____
Paul J. Anderson, Esq.
MAUPIN COX & LEGOY
*Attorney for Defendants Tre'Quis Harris and SOC Nevada, LLC*

/s/ *Paul S. Padda*

_____
Paul S. Padda, Esq.
PAUL PADDA LAW
*Attorney for Plaintiffs*

/s/ *Brent Ryman*

_____
Brent Ryman, Esq.
ERICKSON, THORPE & SWAINSTON
*Attorney for Defendants Nye County and John Kakavulius*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  __January 16, 2024_____

       IT IS FURTHER ORDERED that the status conference set on January 16, 2024 at 10:00 a.m. is vacated. This case is closed.

2

PAUL PADDA LAW, PLLC
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940
www.paulpaddalaw.com